NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ALEXANDER OCHOA, )
)
　　　　　Appellant, )
)
v. ) Case No. 2D19-189
)
STATE OF FLORIDA, )
)
　　　　　Appellee. )
_____ )

Opinion filed November 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley,
Judge.

Alexander Ochoa, pro se.


PER CURIAM.


　　　　　Affirmed.


NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.